Page 1 of 2

CIRCUIT COURT FOR ANNE ARUNDEL COUNTY
Robert P. Duckworth
Clerk of the Circuit Court
7 Church Circle
Post Office Box 71
Annapolis, MD 21404-0071
(410)-222-1420, TTY for Deaf: (410)-222-1429
Civil (410)222-1431


W R I T   O F   S U M M O N S

Case Number: 02-C-12-171692 MT


Case Folder ID:          C12171692V01

C I V I L

Marci Bellofatto vs Keith Jones, et al

STATE OF MARYLAND, ANNE ARUNDEL COUNTY, TO WIT:

    To: Horsey Trucking, LLC

Serve On: David G Horsey
          28107 Beaver Dam Brand Road
          Laurel, DE 19956


   You are hereby summoned to file a written response by pleading or
   motion, within __60__ days after service of this summons upon you,
   in this Court, to the attached Complaint filed by:

       Marci Bellofatto


   WITNESS the Honorable Chief Judge of the Fifth Judicial Circuit of
   Maryland.

   Date Issued:   08/09/12              _____
                                        Robert P. Duckworth
                                        Clerk of the Circuit Court, per __lkb__


   To the person summoned:

   FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOWED MAY RESULT IN A
   JUDGMENT BY DEFAULT TO THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

   Personal attendance in court on the day named is NOT required.


TRUE COPY,
TEST: Robert P. Duckworth, Clerk
By:_____
                            Deputy

Circuit Court for  Anne Arundel County
_____
City or County

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
   *Plaintiff: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.*
   *Defendant: You must file an Information Report as required by Rule 2-323(h).*
   **THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT    CASE NUMBER  C12-171092
_____ (Clerk to insert)

CASE NAME: Marci Bellofatto _____  vs.  Keith Jones, et al. _____
                    Plaintiff                                              Defendant

JURY DEMAND: ☒ Yes ☐ No    Anticipated length of trial: _____ hours or  2  days
RELATED CASE PENDING? ☐ Yes ☐ No  If yes, Case #(s), if known: _____

Special Requirements? ☐ Interpreter (Please attach Form CC-DC 41)

                      ☐ ADA accommodation (Please attach Form CC-DC 49)

| NATURE OF ACTION (CHECK ONE BOX) | | DAMAGES/RELIEF | |
|---|---|---|---|
| **TORTS** | **LABOR** | **A. TORTS** | |
| ☒ Motor Tort | ☐ Workers' Comp. | **Actual Damages** | |
| ☐ Premises Liability | ☐ Wrongful Discharge | ☐ Under $7,500 | ☐ Medical Bills |
| ☐ Assault & Battery | ☐ EEO | ☒ $7,500 - $50,000 | $ _____ |
| ☐ Product Liability | ☐ Other _____ | ☐ $50,000 - $100,000 | ☐ Property Damages |
| ☐ Professional Malpractice | **CONTRACTS** | ☐ Over $100,000 | $ _____ |
| ☐ Wrongful Death | ☐ Insurance | | ☐ Wage Loss |
| ☐ Business & Commercial | ☐ Confessed Judgment | | $ _____ |
| ☐ Libel & Slander | ☐ Other _____ | | |
| ☐ False Arrest/Imprisonment | **REAL PROPERTY** | **B. CONTRACTS** | **C. NONMONETARY** |
| ☐ Nuisance | ☐ Judicial Sale | | |
| ☐ Toxic Torts | ☐ Condemnation | ☐ Under $10,000 | ☐ Declaratory Judgment |
| ☐ Fraud | ☐ Landlord Tenant | ☐ $10,000 - $20,000 | ☐ Injunction |
| ☐ Malicious Prosecution | ☐ Other _____ | ☐ Over $20,0000 | ☐ Other _____ |
| ☐ Lead Paint | **OTHER** | | |
| ☐ Asbestos | ☐ Civil Rights | | |
| ☐ Other | ☐ Environmental | | |
| _____ | ☐ ADA | | |
| | ☐ Other | | |

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
   A. Mediation ☒ Yes ☐ No          C. Settlement Conference ☒ Yes ☐ No
   B. Arbitration ☐ Yes ☐ No         D. Neutral Evaluation ☐ Yes ☐ No

**TRACK REQUEST**
With the exception of Baltimore County and Baltimore City, please fill in the estimated *LENGTH OF TRIAL*.
*THIS CASE WILL THEN BE TRACKED ACCORDINGLY.*
   ☐ 1/2 day of trial or less        ☐ 3 days of trial time
   ☐ 1 day of trial time             ☐ More than 3 days of trial time
   ☒ 2 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR), AS WELL AS ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY.

Date ____7/31/12____                Signature _____ TEST: Rosa K. Duckworth, Cler

CC/DCM 002 (Rev. 2/2010)            Page 1 of 3      By: _____
                                                                    Denn

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐
**Expedited**
Trial within 7 months
of Filing

☐
**Standard**
Trial within 18 months
of Filing

☐ EMERGENCY RELIEF REQUESTED _____

_____     _____
Signature                                              Date

## COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.*

☐ Expedited - Trial within 7 months of Filing          ☐ Standard - Trial within 18 months of Filing

**IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.**

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. | |
| ☐ Standard-Short | Trial 210 days. | |
| ☐ Standard | Trial 360 days. | |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . | |
| ☐ Asbestos | Events and deadlines set by individual judge. | |
| ☐ Protracted Cases | Complex cases designated by the Administrative Judge. | |

### CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.

☐ Liability is not conceded, but is not seriously in dispute.

☐ Liability is seriously in dispute.

## IN THE CIRCUIT COURT OF MARYLAND FOR ANNE ARUNDEL COUNTY

Marci Bellofatto                         *
8542 Woodland Manor Dr.                  *
Laurel, MD 20724                         *
                                         *
                                         *
                                         *
                Plaintiff                *
                                         *
        v.                               *      Case No.:  C12-171692
                                         *
Keith Jones                              *
16999 Shiloh Church Road                 *
Georgetown, DE 19947                     *
                                         *
                                         *
                                         *
        and                              *
                                         *
Horsey Trucking, LLC                     *
                                         *
Serve: David G. Horsey- Member*
28107 Beaver Dam Brand Road    *
Laurel, DE 19956                         *
                                         *
                Defendants               *

### COMPLAINT

COMES NOW, Marci Bellofatto, Plaintiff, by and through Wilson & Parlett and Ryan P. Richie, Plaintiff's attorneys, brings this Complaint against Keith Jones and Horsey trucking, LLC, Defendants, and, for cause, says:

### COMMON FACTS

1.   Plaintiff is an adult resident of Anne Arundel County, Maryland.

2.   Defendant, Keith Jones, is an adult resident of the state

of Delaware.

3.      Defendant, Horsey Trucking, LLC, is a Company doing business in Anne Arundel County, Maryland.

4.      That on or about April 5, 2010, at approximately 1:45 p.m., Plaintiff was operating a motor vehicle traveling westbound on Maryland Route 404 (Queen Annes Hwy) at or near the intersection of Pinder Road.

5.      Defendant, Keith Jones, was operating a motor vehicle also traveling westbound on Maryland Route 404 (Queen Annes Hwy) at or near the intersection of Pinder Road.

6.      That at all times pertinent hereto, Defendant, Horsey trucking, LLC, was the owner or had possession and authority of control over the vehicle operated by Defendant, Keith Jones, and Defendant, Keith Jones, was operating the vehicle with the consent of the Defendant, Horsey Trucking, LLC.

## COUNT I - Negligence
## Marci Bellaffato v. Keith Jones

In this, the First Count of the Complaint, Plaintiff, Marci Bellaffato sues Defendant, Keith Jones, for Negligence and says:

7.      That Plaintiff incorporates the allegations contained in Paragraphs 1 through 6 (Common Facts) in their entirety in this Count.

8.      Defendant owed a duty to Plaintiff and to others on the public roadways to operate the motor vehicle in a careful, cautious

and lawful manner.

9.    That Defendant, Keith Jones, who was operating the motor vehicle in a careless and negligent manner, including, but not limited to, failing to pay full time and attention to avoid a collision and failing to drive his vehicle at a reasonable speed to avoid a collision, then and there struck the rear-end of Plaintiff's vehicle.

10.    Defendant was negligent in that he failed to operate said motor vehicle in a careful, cautious and lawful manner, and was otherwise negligent.

11.    The negligence of the Defendant driver proximately caused Plaintiff to suffer injuries to Plaintiff's body, to suffer physical pain and suffering and mental anguish, loss of wages or wage earning capacity and to incur medical and other damages without any negligence on the part of Plaintiff contributing thereto.

12.    That all of Plaintiff's damages, past, present and future were, are and will be due to and by reason of this negligence of Defendant, Keith Jones, without any negligence or want of due care on the part of Plaintiff contributing thereto.

WHEREFORE, Plaintiff, Marci Bellafatto, claims damages against Defendant, Keith Jones, in the amount of Two Hundred Thousand Dollars ($200,000.00), plus the costs of this action.

## COUNT II - Respondeat Superior
## Marci Bellofatto v. Horsey Trucking, LLC

In this, the Second Count of the Complaint, Plaintiff, Marci Bellofatto, sues Defendant, Horsey Trucking, LLC, for their Respondeat Superior Liability to the Plaintiff and says:

13. That Plaintiff incorporates the allegations contained in Paragraphs 1 through 6 (Common Facts), Paragraphs 7 through 12 (Count I), in their entirety in this Count.

14. That Defendant, Keith Jones, was the agent, servant and/or employee of Defendant, Horsey Trucking, LLC, and was acting within the scope of his agency or employment on behalf of Defendant, Horsey Trucking, LLC, at the time of the accident.

15. That the negligence of Defendant, Keith Jones, for which the Defendant, Horsey Trucking, LLC, is liable proximately caused Plaintiff to suffer injuries to Plaintiff's body, to suffer physical pain and suffering and mental anguish, loss of wages or wage earning capacity and to incur medical and other damages without any negligence on the part of Plaintiff contributing thereto.

16. That all of Plaintiff's damages, past, present and future were, are and will be due to and by reason of this Respondeat Superior liability of the Defendant, Horsey Trucking, LLC, without any negligence or want of due care on the part of the Plaintiff contributing thereto.

WHEREFORE, Plaintiff, Marci Bellefatto, claims damages against Defendant, Horsey Trucking, LLC, in the amount of Two Hundred Thousand Dollars ($200,000.00), plus the costs of this action.

## COUNT III - NEGLIGENT ENTRUSTMENT
### Marci Bellefatto  v.Horsey Trucking, LLC

In this, the Third Count of the Complaint, Plaintiff, Marci Bellefatto sues Defendant, Horsey Trucking, LLC for Negligent Entrustment, and says:

17. That Plaintiff incorporates the allegations contained in Paragraphs 1 through 6 (Common Facts), and Paragraphs 7 through 12 (Count I), in their entirety in this Count.

18. That, at all times pertinent hereto, Defendant, Keith Jones, was a person likely to use a motor vehicle in a manner involving unreasonable risk of physical harm to the Plaintiff and others using public roadways.

19. That, at all times pertinent hereto, Defendant, Horsey Trucking, LLC knew or should have known that Defendant, Keith Jones, was a person likely to use a motor vehicle in a manner involving unreasonable risk of physical harm to the Plaintiff and others using public highways.

20. That Defendant Horsey Trucking, LLC owed a duty to Plaintiff and others on the roadways not to entrust their more vehicle to a person that they knew or should have known was a person

likely to use a motor vehicle in a manner involving unreasonable risk of physical harm to the Plaintiff and others using public highways.

21.   That Defendant, Horsey Trucking, LLC, was negligent in that they entrusted the use of the motor vehicle to Defendant, Keith Jones, whom they knew, or should have known, was likely to be negligent, reckless, incompetent or dangerous; and was otherwise negligent, reckless, incompetent or dangerous.

22.   The negligence of the Defendant driver and Defendant Horsey Trucking, LLC in negligently entrusting their vehicle to Defendant Keith Jones, proximately caused Plaintiff to suffer injuries to Plaintiff's body, to suffer physical pain and suffering and mental anguish, loss of wages or wage earning capacity and to incur medical and other damages without any negligence on the part of Plaintiff contributing thereto.

23.   That all of Plaintiff's damages, past, present and future were, are and will be due to and by reason of this Negligent Entrustment of Defendant Horsey Trucking, LLC without any negligence or want of due care on the part of the Plaintiff contributing thereto

WHEREFORE, Plaintiff, Marci Bellefatto, claims damages against Defendant, Horsey Trucking, LLC, in the amount of Two Hundred Thousand Dollar ($200,000.00), plus the costs of this action.

Respectfully submitted,

WILSON & PARLETT

Ryan P. Richie
Attorneys for Plaintiff,
Marci Bellefatto
14513 Main Street
Upper Marlboro, MD 20772
(301) 952-1311

TRUE COPY.
TEST: Robert P. Duckworth, Clerk
By:_____Deputy

IN THE CIRCUIT COURT OF MARYLAND FOR ANNE ARUNDEL COUNTY

Marci Bellofatto                     *
8542 Woodland Manor Dr.              *
Laurel, MD 20724                     *
                                     *
                                     *
                                     *
          Plaintiff                  *
                                     *
     v.                              *     Case No.: C12-171692
                                     *
Keith Jones                          *
16999 Shiloh Church Road             *
Georgetown, DE 19947                 *
                                     *
                                     *
                                     *
     and                             *
                                     *
Horsey Trucking, LLC                 *
                                     *
Serve: David G. Horsey- Member*
28107 Beaver Dam Brand Road          *
Laurel, DE 19956                     *
                                     *
          Defendants                 *

## JURY DEMAND

Marci Bellofatto, Plaintiff, demands trial by jury on all issues

raised in his Complaint.

Respectfully submitted,

WILSON & PARLETT

Ryan P. Richie
Attorney for Plaintiff
14513 Main Street
Upper Marlboro, MD  20772
(301) 952-1311

TRUE COPY
TEST: Robert P. Duckworth, Clerk
By:_____
                          Deputy

2012 AUG - 6  A II: 55